Appeal: 16-6981   Doc: 62   Filed: 04/07/2017   Pg: 1 of 2

United States Court of Appeals
for the Fourth Circuit

Frederick Banks,
v.
Mark Hornak, et al.,

No. 16-6981

EKM

APR -7 2017
RECEIVED

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUH-H-B

----------------------------------------------------------------------

FROM: 05711068
TO:
SUBJECT: FOR IMMEDIATE RELEASE
DATE: 04/03/2017 08:16:14 AM

FREDERICK BANKS WHO TOLD IVANKA TRUMP THAT THE TRUMP CAMPAIGN WAS UNDER FISA ELECTRONIC SURVEILLANCE AND SHE SHOULD LEAVE THE TRUMP ORGANIZATION IN NOVEMBER 2016 ALSO WARNED THAT THE "TWITTER KILLING" OF TV REPORTER ALLISON PARKER WAS A RESULT OF FISA CIA ELECTRONIC SURVEILLANCE

Pittsburgh Pennsylvania - Frederick Banks a Wiccan and musician of the gothic electronic band Vampire Nation & post punk band July sent a letter to Ivanka Trump and told her that the Trump Campaign was under "electronic surveillance" and that she should leave the Trump Organization in November 2016. In December 2016 Ivanka left the Trump Organization and in March 2017 President Donald Trump claimed that he himself was under a FISA Warrant. Bank's letter to Ivanka Trump was drafted in the Federal Bureau of Prison's "electronic request to staff" and is a BOP agency record available through the Freedom of Information Act. In April 2017 Ivanka Trump became a White House staffer.

Banks told a federal judge on September 29, 2016 that Donald Trump was under a FISA (Foreign Intelligence Surveillance Act 50 United States Code Section 1801 et seq) Warrant at a Competency Hearing. See USA v. Banks 15-CR-168 (WDPA) and was lambasted by the Judge as being "Delusional with a Paranoid Flavor." Since that time Trump himself has claimed that he was under a FISA Warrant and Senator Nunes stated that the conversations of the Trump Campaign may have been "incidentally collected" under FISA. Also, in October 2014 Banks asked a court if there was a FISA Warrant on himself. The Judge Nora Barry Fischer ordered the prosecutor Robert Cessar an Assistant US Attorney to look into it. When Cessar returned to court a few days later he stated "I cannot confirm or deny the existence of a FISA Warrant on Mr. Banks." (See USA v. Banks 03-CR-245 (WDPA)(October 2014 Supervised Release Violation Transcripts).

In 2015 Banks warned that Roanoke TV Reporter Allison Parker who was shot and killed along with her cameraman while doing a live broadcast and the killer Vester Flannigan tweeted about it while making his escape was under CIA electronic surveillance and FISA. Banks quoted an article in Wired Magazine See "The Voice of God Weapon Returns" at www.wired.com in which Iraqi soldiers in Operation Dessert Storm claimed that the US Army placed voices in their head which asserted that "Allah wants you to surrender". In a cover story in USA Today in August 2015 Flannigan was quoted as stating "Jehovah told me to act" as to the Twitter Killings. Banks asserted that this was the Voice of God Weapon and that FISA electronic surveillance may have been responsible for Parker's death.

Banks also claimed that the three events in Orlando Florida in 2016 namely the Voice Singer shooting, The Pulse Nightclub massacre and the killing of a toddler at a Disney resort could also have been the result of FISA electronic surveillance. Banks explained that in a Richmond California Local TV News report hundreds of gay white men complained that the US government was harassing them using the Voice of God Weapon in Richmond California. See Report at Freedom From Covert Harassment www.freedomfch.com As a result the city of Richmond banned space based weapons through enacted legislation. Google: "Richmond bans spaced based weapons." Banks linked this to The Pulse shootings because Pulse is a gay night club. Next Banks linked the alligator killing of a toddler at Disney to The Pulse shootings because the shooter at Pulse had visited Disney in the weeks and days before the Pulse shooting according to CNN reports and the authorities therefore thought that Disney was a possible target. "This links the Pulse shooting to the Disney alligator killing because you can buy in any sporting goods store a device that gives off a pulse and keeps road animals away from your car." Banks said. Banks asserted that using this technology which is commonly known also as "Voice to Skull" See fas.org for a definition you could also irritate an alligator to attack a human child. CNN reported that an alligator attacking the toddler was highly unusual and the child was not devoured he was just drowned. In addition Bank's asserted that he himself is a musician and was under a FISA Warrant in 2011 and therefore that is a link to the Voice Singer's electronic surveillance under FISA which may have caused her killing and that these three seemingly unrelated events happened in three consecutive days in a single city, Orlando Florida and caused three national news stories which has never happened before in the History of the Media of the USA. Banks stated that the technology is also used at MIT and allows students to send text messages to each other through their minds and in mind controlled vehicles. See CNN's This is Life with Lisa Ling (The episode on Tech).

Banks is a practitioner of Wicca and is best known for his work with the gothic electronic band Vampire Nation See: www.mtv.com/artist/vampire-nation He is currently serving time on federal charges that he harassed an FBI agent who set him up in a previous case at a Federal Mental Hospital in Butner North Carolina. Banks claims he has no mental illness.

In 2016 and 2017 Banks also predicted that the Russia Hacks were orchestrated by the CIA through Edward Snowden and that General Flynn's failure to disclose his meetings with Russian officials was the result of CIA electronic surveillance under FISA.

Contact: Frederick Banks 05711068, FMC, PO Box 1600, Butner, NC 27509

cc: All parties of record via electronic notification.

Name: Frederick Banks, 05711068

Number:

Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Patricia S. Connor, Clerk
U.S. Court of Appeals
Fourth Circuit
1100 East Main Street
Richmond, VA 23219

INSPECTED

APR 07 2017

U.S. MARSHALS

23219-351799